AO 83 (Rev. 06/09; DC 3/2010)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | |
|  | ) | Case No.   SEALED CR 21-569 -2 (TNM) |
| ROY DOUGLAS WEAD | ) | |
|  | ) | |
| *Defendant* | ) | |

DOB:  05/17/1977

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of Court

| Place: | United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.:   4-Via Zoom |
|---|---|---|
| | | Date and Time:   09/20/2021 1:30 pm |

This offense is briefly described as follows:
(1) 18 U.S.C. §371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy
(2) 52 U.S.C. § 30121 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions by Foreign Nationals and Aiding and Abetting
(3) 52 U.S.C. § 30122 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions in the Name of Another and Aiding and Abetting  (4-6) 18 U.S.C. § 1519 and § 2; DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS; Causing False Records and Aiding and Abetting

Date:  09/13/2021

Zia M. Faruqui
2021.09.13 15:59:25
-04'00'

*Issuing officer's signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons      ☐ Returned this summons unexecuted

Date:  09/14/2021

*Server's signature*

Erin C. Phan, FBI Special Agent
*Printed name and title*

Case No.  SEALED CR 21-569 -2 (TNM)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: ROY DOUGLAS "Doug" WEAD

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 09/14/2021.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Jane Raskin and Jay Sekulow , who is authorized to receive service of process on behalf of *(name of organization)* Roy Douglas Wead on *(date)* 09/14/2021 ~~and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States~~, or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: 09/14/2021

Server's signature

Erin C. Phan, FBI Special Agent
*Printed name and title*

Remarks: