**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case Action No. 21-cr-569-TNM-02 |
| | ) |
| ROY DOUGLAS ("DOUG") WEAD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

      Defendant Roy Douglas ("Doug") Wead.

I am appearing in this action as:  Retained.

Dated: September 23, 2021         Respectfully submitted,

         /s/ *Jay Alan Sekulow*
         JAY ALAN SEKULOW (D.C. Bar # 496335)
         CONSTITUTIONAL LITIGATION
           AND ADVOCACY GROUP, P.C.*
         1701 Pennsylvania Ave, NW
           Suite 200
         Washington, D.C.  20002
         Telephone: (202) 248-5407
         Email: jsekulow@claglaw.com
         *Counsel for Defendant Roy Douglas ("Doug") Wead*

*Note: Different and separate law firm. Please use this firm, address, and email address for this case.