NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                      Criminal Number   21-569

Jesse R. Benton
         *(Defendant)*

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/Michael A. Columbo
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Michael A. Columbo (476738)
*(Attorney & Bar ID Number)*

Dhillon Law Group Inc.
*(Firm Name)*

177 Post St., Suite 700
*(Street Address)*

San Francisco, California 94108
*(City)        (State)        (Zip)*

415.433.1700
*(Telephone Number)*