# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case Action No. 21-cr-569-TNM-02 |
| ) | |
| ROY DOUGLAS ("DOUG") WEAD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roy Douglas ("Doug") Wead.

I am appearing in this action as: Retained.

Dated: October 5, 2021                    Respectfully submitted,

/s/ *Jane Serene Raskin*
JANE SERENE RASKIN (D.C. Bar # 416632)
RASKIN & RASKIN, PA
201 Alhambra Circle, Suite 1050
Coral Gables, FL. 33134
Telephone: (305) 444-3400
Email: jraskin@raskinlaw.com
*Counsel for Defendant Roy Douglas ("Doug") Wead*