UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE R. BENTON, and<br>ROY DOUGLAS ("DOUG") WEAD<br><br>               Defendants. | Case No. 1:21-cr-00569-TNM |

## MOTION TO ABATE PROSECUTION

An authentic copy of a Certification of Death issued by the State of Florida, provided by the defense to the Government on December 20, 2021, shows that on December 10, 2021, Defendant Roy Douglas ("Doug") Wead died. The Government therefore moves to abate the prosecution as to Mr. Wead and close the case as to Mr. Wead only. Counsel for Mr. Wead does not oppose. A proposed order is attached.

                                                    Respectfully submitted,

                                                    Corey R. Amundson
                                                    Chief
                                                    Public Integrity Section

By: */s/ Rebecca G. Ross*
       Rebecca G. Ross
       Trial Attorney
       Public Integrity Section
       Criminal Division
       U.S. Department of Justice
       Rebecca.Ross2@usdoj.gov
       (202)-573-2698

## **CERTIFICATE OF SERVICE**

I hereby certify that this motion was filed by ECF on December 23, 2021, and thereby served on defense counsel.

>*/s/ Rebecca G. Ross*
>Trial Attorney