UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE R. BENTON, and<br>ROY DOUGLAS ("DOUG") WEAD<br><br>Defendants. | Case No. 1:21-cr-00569-TNM |

### ORDER

The Government moves to abate the prosecution, informing the Court that it was provided by counsel for the Defendant an authentic copy of a Certification of Death issued by the State of Florida, reflecting that on December 10, 2021, the Defendant Roy Douglas "Doug" Wead died. The Government therefore moves to abate the prosecution and close the case as to Mr. Wead only. Counsel for Mr. Wead does not oppose. Based on this, the motion to abate prosecution as to Mr. Wead only is GRANTED.

The Clerk of Court is DIRECTED to enter the abatement as to Mr. Wead on the docket and close the case against Mr. Wead only.

SO ORDERED this 23rd of December, 2021.

THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE