# Exhibit A

Donald Trump's presidential campaign is facing a fundraising scandal after a Telegraph investigation exposed how key supporters were prepared to accept illicit donations from foreign backers.

Senior figures involved with the Great America PAC, one of the leading "independent" groups organising television advertisements and grassroots support for the Republican nominee, sought to channel $2 million from a Chinese donor into the campaign to elect the billionaire despite laws prohibiting donations from foreigners.

In return, undercover reporters purporting to represent the fictitious donor were assured that he would obtain "influence" if Mr Trump made it to the White House.

Last week Eric Beach, the PAC's co-chairman, confirmed to the reporters at an event in Las Vegas that their client's support would be "remembered" if Mr Trump became president.

Eric Beach, co-chair of Great America PAC told undercover reporters that a fictitious Chinese donor would be "remembered" by Donald Trump
CREDIT: THE TELEGRAPH

The disclosure raises questions about the origins of money being ploughed into supporting Mr Trump's candidacy.

The PAC "consultant" who brokered the deal proposed using as a conduit a type of organisation he admitted is seen as being responsible for the "'dark money' in politics".

The revelations also highlight the apparent desperation of Mr Trump's supporters to finance the final weeks of his campaign amid a series of controversies (https://www.telegraph.co.uk/news/2016/10/03/donald-trump-rated-looks-of-female-contestants-on-the-apprentice/) and polls showing him losing in key states. (https://www.telegraph.co.uk/news/2016/10/23/hillary-clinton-so-far-ahead-in-polls-that-doesnt-even-think-abo/)

LAB-REPORTS-000400

Mr Trump once labelled Super PACs a "disaster" that have "total control of the candidates", and has criticised Mrs Clinton for relying on outside groups. (https://www.telegraph.co.uk/news/2016/10/21/donald-trump-booed-as-he-calls-hillary-clinton-corrupt-at-gala-d/)

### What are super PACs?

Until six years ago, as a result of a number of funding scandals, corporate entities were barred from making contributions to candidates in US federal elections

But in a landmark Supreme Court case in 2010 judges ruled that the ban was unconstitutional.

The ruling left corporations open to give unlimited amounts to other organisations to spend on election campaigns, as long as these groups were not coordinating their efforts with specific candidates or parties.

The change gave rise to super PACs – formally registered political action committees that can raise unlimited sums from individuals, corporations and other groups and use them to make "independent" expenditures in US federal elections.

The relaxation of rules on companies donating money in connection with election campaigns raised fears that donors could use the new system to mask their identity.

The Federal Election Campaign Act prohibits making contributions in the name of someone else. It also bans foreign nationals or companies from donating in connection with an election. It is also unlawful to help foreign nationals violate that ban or to solicit, receive or accept contributions or donations from them.

Undercover reporters posing as consultants acting for a Chinese benefactor approached specific pro-Trump and pro-Clinton fundraisers and groups after receiving information that individuals were involved in hiding foreign donations.

Sources also said PACs, "independent" organisations that can raise unlimited sums of money to lobby for or against particular candidates, were being used to circumvent rules.

The pro-Clinton organisations did not respond to initial approaches. But earlier this month an undercover reporter spoke by telephone to Eric Beach, co-chairman of the pro-Trump Great America PAC, which has the backing of Rudy Giuliani, one of Mr Trump's most senior advisers, as well as the billionaire's son Eric.

LAB-REPORTS-000401

Undercover reporters were invited to a Great America PAC event at Stoney's Rockin Country bar in Las Vegas

The reporter said a Chinese client wished to donate to the PAC to support Mr Trump's campaign.

Mr Beach appeared interested despite raising concerns about his nationality and saying he would need to know the donor's identity.

He suggested the donation could be put through a social welfare organisation called a 501(c)(4) - or C4 -, which unlike a PAC is not subject to a blanket ban on receiving foreign money, and not required to name donors. He stressed in an email that "any path we recommend is legal".

LAB-REPORTS-000402

> **What are 501(c)(4)s?**
>
> These are a specific type of tax-exempt "social welfare" organisation.
>
> Unlike PACs, which are required to declare all of the donations they receive, contributions to 501(c)(4)s are not disclosed, meaning that they could receive money from individuals or companies and then pass it on to a "sister" PAC, and only the name of the 501(c)(4) would be declared as the donor.
>
> Since the rise of super PACs, specialist groups such as the Campaign Legal Centre in DC have expressed concern that some could be using a 501(c)(4) to channel illicit funds into political campaigns.
>
> However these groups would also be banned from using funds in connection with an election, according to Lawrence Noble, a former general counsel at the US Federal Election Commission.

The reporter then received an email from Jesse Benton, a senior figure at the PAC until being convicted in May in connection with buying a senator's endorsement on a prior campaign. He said he was a "consultant" and that Mr Beach had not wanted a "paper trail" of contact. He and the PAC later denied that he had worked for it at all since May.

Mr Benton proposed channelling the donation through his own company to mask its origin. It would then be passed on to two C4s before being donated by them to the PAC, or simply used to fund projects the PAC had already planned.

Jesse Benton described himself as a "consultant" for Great America PAC  CREDIT: THE TELEGRAPH

LAB-REPORTS-000403

Mr Benton said the $2 million, for which he would submit an invoice for "appearances" would "definitely allow us to spend two million more dollars on digital and television advertising for Trump." The Chinese benefactor's generosity would be "whispered into Mr Trump's ear." He said he had previously helped US donors conceal donations.

Mr Beach then said at the Vegas event last Wednesday: "Trump knows that you know, people have stuck with him ... I'm not gonna twist your arm or anything, I just think that there's no way that this group, and you guys have been participating indirectly or directly, won't be remembered."

Eric Beach with Donald Trump in December 2015 CREDIT: FACEBOOK

Mr Benton denied any "unethical" behaviour. He claimed he spoke to the reporters after a "business referral" from Mr Beach and proposed a "public affairs contract" with his firm "having determined

LAB-REPORTS-000404

money could not go into a 501(c)4".

Dan Backer, counsel to the PAC, denied that Mr Beach asked Mr Benton to act for him and said Mr Benton "has not had a role with the PAC since May and does not speak for it". The "professional referral" for "Mr Benton's own benefit" was so that "Mr Benton could explore legal options for your reporters' alleged client".

He continued: "Mr Benton has not solicited any contributions to the PAC that I am aware of, nor has he been asked to do so."

He suggested Mr Benton had simply engaged in "puffery and self-promotion", adding that "the conduct of the PAC and Mr. Beach's conduct was appropriate, ethical and legal at all times."

Mr Backer added that "The PAC has never ... solicited or accepted contributions from a foreign national or entity" and said Mr Beach had been suggesting how "a US company with a foreign parent company could potentially engage in legal political activity".

Asked if Mr Trump's campaign was aware of the scheme suggested by Mr Benton, his spokeswoman said: " We publicly disavowed this group back in April.  This is public via Federal Election Commission filings.

LAB-REPORTS-000405

**Jesse Benton** | A "consultant" for Great America PAC



A long-time Republican activist, Jesse Benton, 39, ran high-profile campaigns for presidential and senate candidates and held senior positions at several political organisations. He was hired by the pro-Trump Great America super PAC as chief strategist in March 2016.

However, he is best known among Capitol Hill circles for his connection to an electoral fraud scandal during Ron Paul's 2012 presidential election campaign, which he worked on as campaign manager.

In May 2016, Mr Benton was convicted for his role in a scheme to cover up campaign payments to a former Iowa state senator who agreed to endorse Mr Paul.

Along with John Tate, Mr Paul's campaign chairman, Mr Benton was found guilty of conspiracy, causing false campaign-contribution reports to be filed to the Federal Election Commission and participating in a false statement scheme.

They were both sentenced to two years' probation, six months of house arrest, community service and a $10,000 fine. Following his conviction, Benton's formal employment by Great America PAC ended, but he continued to work for the organisation in a voluntary capacity.

Benton is a close ally of the Paul family, having worked as a senior aide to Ron Paul as well as to his son Rand Paul, who is Senator of Kentucky.

He is married to Ron Paul's granddaughter Valori Pyeatt, whom he met while working on Ron Paul's 2008 presidential campaign. Benton was also senior vice president at Campaign for Liberty, an organisation founded by Ron Paul, until 2012.

He has set up his own companies, including a political consultancy firm CIC Solutions, based in Washington DC, and Titan Strategies LLC, and has held

LAB-REPORTS-000406

senior positions at various lobbying groups.

Originally from Philadelphia, he now lives in Kentucky with his wife Valori and their daughter.

## How it unfolded: Pro-Trump fundraisers agree to accept illicit foreign donation

Taking to a podium in Colorado last week, Donald Trump resumed a line of attack he had long used against his opponent: "Her international donors control her every move".

Yet fundraisers supporting his bid for the White House were in the process of finalising the details of a $2 million donation from a Chinese benefactor seeking unspecified future "influence" under a Trump presidency. Under US law it is illegal for a foreign national to make any contribution in connection with an election.

But when an undercover reporter telephoned Eric Beach, the co-chairman of the Great America PAC, one of the leading "independent" groups financing campaign work for Mr Trump, to convey his fictitious Chinese client's desire to make such a donation, his approach did not appear unwelcome.

Eric Beach spoke to undercover reporters at a Great America PAC event in Las Vegas

In an initial call on October 4 the reporter explained that the benefactor wanted to donate to support Mr Trump's campaign, "but he's not a US national."

LAB-REPORTS-000407

Mr Beach agreed that making such a donation to the PAC could be difficult. But he did, however, have a suggestion involving a 501(c)(4) – a tax-exempt "social welfare organisation" – which he described as a "non-disclose entity" through which the client could make a contribution for a "specific purpose".

## "You shouldn't put any of this on paper"

Jesse Benton

Mr Beach's response, along with his later statements on the matter, appeared ambivalent for someone who was clearly aware of the ban on foreign nationals making donations in connection with US elections.

Despite warning about the need to know the origins of the money, he was already aware that the donor was a foreign national who would naturally be banned from donating for his stated purpose.

Political observers and campaign groups have raised concerns about 501(c)(4)s, labelling them "dark money" groups because, unlike PACs, they are not required to name donors.

A PAC with a "sister" 501(c)(4) could therefore encourage donors to give to that body. The 501(c)(4) could then contribute to the PAC, or simply spend the money on a project that the group would otherwise have funded.

That scheme was subsequently laid out to two reporters at a meeting in a New York hotel by Jesse Benton, a long-time Republican strategist, who emailed the reporter with the subject "From Eric Beach" and the opening line: "Eric Beach asked me to reach out".

LAB-REPORTS-000408

Great America PAC is a Donald Trump supporting super PAC CREDIT: REUTERS

Mr Benton was a senior figure at the PAC until he was convicted in May in connection with buying a senator's endorsement for Ron Paul's presidential campaign in 2012.

At the meeting on October 13, he explained that Mr Beach, 38, needed to maintain a "deliberate disengagement".

Mr Benton's proposal was for the Chinese client to pay his $2 million, via the reporters' Singapore-based communications consultancy, to Mr Benton's own public affairs firm, Titan Strategies LLC, in order to mask the fact that the money was coming from abroad.

He set out the scheme in writing in an email on October 5 in which he said he had "checked with our attorney, and there is no prohibition on what I propose", although "he is giving one final review for full legal vetting."

At the meeting more than a week later, he explained how he would direct the funds evenly to two 501(c)(4)s which could donate the money to the Great America PAC in their name, or spend it on activities the PAC would otherwise have funded. One of the organisations was Vision for America, which is run by Mr Beach.

"I'll send money from my company to both," Mr Benton said.

LAB-REPORTS-000409

Undercover reporters met Eric Beach at a Great America PAC event held at Stoney's Rockin' Country bar in Las Vegas

LAB-REPORTS-000410

Mr Benton said: "I don't know if you ever hear journalists wring their hands about 'dark money' in politics - they're talking about 501(c)(4)s."

He told the reporters: "There's no prohibition against what we're doing, but you could argue that the letter of the law says that it is originating from a foreign source and even though it can legally go into a 501(c)(4) then it shouldn't be done".

Discussing how the money would be spent on pro-Trump grassroots campaigning as well as television advertising, he warned: "You shouldn't put any of this on paper."

He suggested that the $2 million paid to his firm could be billed simply as "a large retainer" for consulting work. He then sent a $2 million invoice, for the sake of "appearances", for his services providing "analysis of the American political and business landscape".

In one of a series of telephone conversations over a two-week period, he explained that the work, which "doesn't cost any money" apart from a "couple hours of my time" would be reports on the spending of the 501(c)(4)s and PAC.

"It would be one more way ... for your client to have an assurance that quality work's being done with his money. You know, it would give you a window into what the c4s and the super PAC are doing."

Republican U.S. presidential nominee Donald Trump at the final debate in Las Vegas CREDIT: POOL

LAB-REPORTS-000411

And the fictitious Chinese benefactor's generosity would not go unrewarded should the donor a require a line of communication to Mr Trump if he became president.

"We can have that whispered into Mr Trump's ear whenever your client feels it's appropriate," he said. After a telephone conversation with Mr Beach, Mr Benton said that the PAC wished to invite the reporters to a party the group was hosting in Vegas on October 19, the night of the final presidential debate.

He later passed on a briefing on the event prepared by Mr Beach. Mr Benton warned that he would have to stay away from Vegas because "everything that we're doing is legal by the book but there's perceptions and some grey areas."

Jesse Benton speaking to undercover reporters in New York CREDIT: TELEGRAPH

Mr Beach also needed to be kept "deliberately ignorant" of the "exact arrangements". But at the event the PAC's co-chairman clearly understood their client's apparent request for an assurance that Mr Trump would remember his contribution.

"One thing he has to understand is, what you guys have to understand is: you can get credit, but don't overdo it with the influence," he said. The particular sticking point was the highly discreet method by which the client would be donating.

> **"You're going to get credit but your 'non-disclosed' [donation] is not disclosed. Not just for your benefit, but for everyone's benefit."**
>
> Eric Beach, Great America PAC co-chair

LAB-REPORTS-000412

"I would just manage your expectations, say: 'you're going to get credit but your 'non-disclosed' [donation] is not disclosed. Not just for your benefit, but for everyone's benefit.'"

Then Mr Beach's ambivalence, or possibly confusion, about the proposal appeared to return. "I would never let you guys give to the PAC, to give to the C4, because that's illegal," he added. "See the C4 is technically not illegal, but it's not – it's just not the best way to go."

### Eric Beach | Founder and co-chair of Great America PAC



Originally from Maryland, Eric Beach, 38, is a veteran political operative. Now based in California, he is the founder and co-chair for the pro-Trump Great America PAC.

He previously served as national finance chairman for Kentucky senator Rand Paul's 2016 presidential campaign. He was previously national finance chairman for Newt Gingrich's 2012 presidential campaign, and worked for former New York City Mayor Rudy Giuliani's presidential bid in 2008.

He was campaign director for Bill Jones's 2004 Senate campaign in California, and a member of Arnold Schwarzenegger's 2003 campaign team.

In an interview with Entrepreneur magazine earlier this year he said: "Most people look at super PACs like it is people trying to buy elections. I don't look at it like that. It is people doing their patriotic duty to support candidates who they believe will be best for our nation."

He set up Frontline Strategies, a political consultancy, in 2008, and is also partner at Suntrak Energy, a renewables firm.

Lawrence Noble, who was general counsel at the US Federal Election Commission for 13 years and is now at the Campaign Legal Centre, a DC-based advocacy group, said: "If there is evidence that

representatives of a super PAC were soliciting or knowingly accepting foreign national money and helping arrange for it to get into the super PAC through a 501(c)(4) organisation, then it should be investigated by the FEC and by the Department of Justice as a criminal violation."

Mr Benton denied any "unethical" behaviour and said he was not "an agent of Great America PAC", while Dan Backer, counsel to the PAC said Mr Benton "has not had a role with the PAC since May and does not speak for it". Mr Backer added that "the conduct of the PAC and Mr. Beach's conduct was appropriate, ethical and legal at all times."

LAB-REPORTS-000414

### Hillary Clinton: Under fire for her reliance on super PACs



From the start of her campaign, Hillary Clinton has been under the spotlight for reliance on billionaire backers giving huge sums to super PACs.

The millions of dollars donated by her supporters have dwarfed the amount raised by Donald Trump's.

Pro-Clinton super PACs have raised a total of $183 million, while those supporting her opponent have raised less than half of that - $57 million - according to figures released by the Federal Election Commission.

Clinton's critics, including Mr Trump, have used this against her, saying that she is in the pocket of the financial and corporate interests she claims to stand against.

While running against Bernie Sanders to become the Democratic candidate, she was cast by his supporters as a friend of the big banks.

Mr Trump has made much of the fact that his campaign is largely self-funded. At a campaign event in Colorado Springs earlier this month he told his supporters: "Our system is also rigged by the donors, giving hundreds of millions to Hillary Clinton's campaign" adding that "international donors control her every move."

By far the biggest pro-Clinton super PAC is Priorities USA which has raised over $155 million for her presidential election bid. Other major pro-Clinton super PACs include American Bridge 21st Century, which has raised over $18.8 million and Correct the Record, which has raised $9.2 million.

Clinton's biggest super PAC donors are San Francisco-based hedge-fund founder Tom Seyer, who has given $38.3 million, followed by Florida-based hedge fund manager Donald Sussman who has given $23.6 million. The media magnate Fred Eychaner donated $20.1 million and hedge fund founder George Soros gave $16.5 million.

LAB-REPORTS-000415

Back to top ⌃

elegraph) (https://www.snapchat.com/discover/The_Telegraph/8148798159) 👻 in (https://www.linkedin.com/company/9053/)  (https://www.youtube.com/channel/UCPgLNge0xqQ

Contact us | About us (https://corporate.telegraph.co.uk/)
Rewards | Reader Prints (https://telegraph.newsprints.co.uk/)
Branded Content | Syndication and Commissioning
Guidelines | Privacy
Terms and Conditions | Advertising Terms
Fantasy Sport (https://fantasyfootball.telegraph.co.uk/) | Black Friday
UK Voucher Codes (https://www.telegraph.co.uk/vouchercodes) | Betting Offers
Modern Slavery | Manage Cookies

© Telegraph Media Group Limited 2020

LAB-REPORTS-000416